UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HELP AT HOME, INC,

    Plaintiff,                                                          CASE NO. 9:14-CV-80255

v.

CAM ENTERPRISES, LLC d/b/a
PREFERRED PRIVATE CARE,
CAROLE McGARY,
STEVEN McGARY,
FAMILY FIRST HOME
HEALTHCARE, INC. d/b/a SILVERTREE
HOMECARE, PAMELA JESEO,
JEFFREY JESEO, PCC UNIVERSAL, INC.
d/b/a PREMIER IN HOME SENIOR CARE,
PETER ENGILIS, and CATHY ENGILIS,

    Defendants.

---

**MOTION FOR EXPEDITED HEARING ON
MOTION FOR PRELIMINARY INJUNCTION**

    This is an action by Help at Home, Inc. ("HAH"), the owner of the intellectual property of franchisor Preferred Care at Home ("PCAH") against three former franchisees for infringement of HAH's intellectual property.

    On February 18, 2014, HAH filed its Complaint for infringement of its service marks (registered and unregistered), trade dress and copyrights.

    On February 21, 2014, HAH filed its Motion for Preliminary Injunction supported by five affidavits and over forty exhibits demonstrating that defendants' continued infringement threatens to irreparably injure HAH and the valuable service marks, trade dress and copyrights it owns.

On February 24, 2014, HAH served the Complaint, Motion for Preliminary Injunction, and all supporting declarations upon counsel for the defendants, Joseph Garrity, who agreed to accept service. (DE 15).

In its Order of Referral entered February 24, 2014, this Court referred the Motion for Preliminary injunction to the Honorable William D. Matthewman, Magistrate Judge, for hearing and report and recommendation. (DE 13).

In order to preserve the status quo during the pendency of this case, and to avoid further harm to HAH, plaintiff respectfully requests that Magistrate Judge Matthewman schedule an expedited hearing on the Motion for Preliminary Injunction at which HAH may present its evidence in support of the relief requested.

This motion is being served by email on counsel for defendants since counsel has not yet entered his appearance in this matter.

WHEREFORE, HAH respectfully requests that the expedited hearing requested be scheduled, and the Court grant such other and further relief as is just and proper.

Dated: February 25, 2014

Respectfully submitted,

By: /s/ Joel B. Rothman
Joel B. Rothman
Florida Bar No. 98220
joel.rothman@sriplaw.com
Jerold I. Schneider
Florida Bar No. 26975
jerold.schneider@sriplaw.com
Schneider Rothman Intellectual Property Law Group PLLC
4651 North Federal Highway
Boca Raton, FL 33431
Tel: 561-404-4350
Fax: 561-404-4353
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel for the defendants identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          By:    /Joel B. Rothman/
                                                       Joel B. Rothman
                                                       FL Bar No. 98220

Joseph Garrity, Esq.
Garrity-Weiss PA
10394 West Sample Road, Suite 201
Coral Springs, FL 33065-3970
954-753-6666
By email to jgarrity@gwlawfirm.net